UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JEROME L. GRIMES, et al., | ) | Case No. 5:26-cv-01629-HDV (JDE) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| STATE OF CALIFORNIA, et al., | ) | |
| | ) | JS-6 |
| Defendants. | ) | |
| | ) | |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: May 20, 2026

_____
HERNÁN D. VERA
United States District Judge